IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION



FEB 2 0 2025

Clerk, U.S. District Court
Texas Eastern

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | No. 1:25-CR- 17<br>Judge MJT |
| KENDRICK DOUGLAS WARREN<br>CHARLES BERNARD BYRD<br>DERRICK DESHAUN BROOKS | § § § | |

## **INDICTMENT**

### **Count One**

Violation: 18 U.S.C. § 371
(Conspiracy)

#### A. INTRODUCTION

1. The Education First Federal Credit Union located at 4350 Laurel Avenue in Beaumont, Texas, was, at all times relevant to the indictment, a federally insured credit union whose deposits were insured by the National Credit Union Administration Board.

2. **Kendrick Douglas Warren, Charles Bernard Byrd**, and **Derrick Deshaun Brooks** are residents of Houston, Texas.

3. **Derrick Deshaun Brooks** is the registered owner of a black 2018 Chevrolet Silverado pickup truck bearing Texas license plate number NVK-7402 (the black truck).

4. On or about December 18, 2024, three men stole a red 2024 Honda CRV bearing Vehicle Identification Number 7FARS5H58RE024998 (the red SUV) from the

Indictment – Page 1

Kurdi Automotive Group in Houston, Texas.

### B. THE CONSPIRACY

5. From on or about December 18, 2024 through on or about December 31, 2024, in the Eastern District of Texas and elsewhere, **Kendrick Douglas Warren**, **Charles Bernard Byrd**, and **Derrick Deshaun Brooks**, defendants, did willfully and knowingly conspire and agree with each other and others known and unknown to the Grand Jury, to commit certain offenses against the United States, namely, bank robbery in violation of 18 U.S.C. § 2113(a).

### C. PURPOSE, MANNER AND MEANS OF THE CONSPIRACY

6. The purpose of the conspiracy was to obtain money from banks in the Eastern District of Texas by robbery of their agents and employees. The manner and means by which this purpose was carried out included the following:

   a. It was part of the conspiracy that **Kendrick Douglas Warren, Charles Bernard Byrd**, and **Derrick Deshaun Brooks** would utilize automobiles, including the red SUV and the black truck, to travel from Houston, Texas, to Beaumont, Texas.

   b. It was part of the conspiracy that **Kendrick Douglas Warren, Charles Bernard Byrd**, and **Derrick Deshaun Brooks** would display a fraudulent license plate on the red SUV during the drive from Houston, Texas, to Beaumont, Texas.

  c. That **Kendrick Douglas Warren**, **Charles Bernard Byrd**, and **Derrick Deshaun Brooks** would utilize masks and gloves during the commission of robberies in the Eastern District of Texas.

  d. That **Kendrick Douglas Warren**, **Charles Bernard Byrd**, and **Derrick Deshaun Brooks** would utilize the red SUV during the commission of the robbery alleged in Count Two of this indictment.

  e. That **Kendrick Douglas Warren**, **Charles Bernard Byrd**, and **Derrick Deshaun Brooks** would utilize the black truck to return to Houston, Texas, with money from the bank robbery alleged in Counts One and Two of this indictment.

### D. THE OVERT ACTS

7. In furtherance of the conspiracy, the defendants performed the following overt acts, among others, in the Eastern District of Texas:

  a. On December 31, 2024, at or about 1:14 p.m., the defendants drove the red SUV to the Education First Federal Credit Union located at 4350 Laurel Avenue in Beaumont, Texas.

  b. On December 31, 2024, after the overt act described above, two of the defendants jumped out of the red SUV, wearing hoodies, masks and gloves, and ran up behind M.C., a technician who was alone working on an ATM.

  c. On December 31, 2024, after the overt act described above, the defendants ordered M.C. to "move" and "shut up."

Indictment – Page 3

d. On December 31, 2024, after the overt act described above, the defendants removed $146,000 in U.S. Currency (the cash) from the ATM and reentered the red SUV with the cash.

e. On December 31, 2024, after the overt act described above, the defendants drove the red SUV to the Regency Apartments located at 4075 Laurel Avenue.

f. On December 31, 2024, after the overt act described above, the defendants moved the cash from the red SUV into the black truck, removed the fraudulent license plate from the red SUV, and abandoned the SUV at the Regency Apartments located at 4075 Laurel Avenue.

g. On December 31, 2024, after the overt act described above, the defendants left Beaumont, Texas in the black truck with the cash and travelled on Interstate 10 to Houston, Texas.

All in violation of 18 U.S.C. § 371.

### Count Two

Violation: 18 U.S.C. § 2113(a)
(Bank Robbery)

8. On or about December 31, 2024, in the Eastern District of Texas, **Kendrick Douglas Warren**, **Charles Bernard Byrd**, and **Derrick Deshaun Brooks**, defendants, aiding and abetting one another, by means of intimidation, did take from the person and presence of another, approximately $146,000 in money belonging to and in the care, custody, control, management and possession of the Education First Federal Credit

Indictment – Page 4

Union, the deposits of which were then insured by the National Credit Union Administration Board.

    In violation of 18 U.S.C. §§ 2113(a) and 2.

A TRUE BILL

_____
GRAND JURY FOREPERSON

ABE MCGLOTHIN, JR
ACTING UNITED STATES ATTORNEY

_____       2/20/2025
JOHN B. ROSS                                Date
Assistant United States Attorney

Indictment – Page 5

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | No. 1:25-CR- 17 |
| v. | § § | Judge |
| KENDRICK DOUGLAS WARREN<br>CHARLES BERNARD BYRD<br>DERRICK DESHAUN BROOKS | § § § § | |

## NOTICE OF PENALTY

### Count One

Violation:  18 U.S.C. § 371

Penalty:  Imprisonment of not more than five (5) years, a fine not to exceed $250,000, or both imprisonment and a fine, and a term of supervised release of not more than three (3) years.

Special Assessment:  $100.00

### Count Two

Violation:  18 U.S.C. §§ 2113(a) and 2

Penalty:  Imprisonment of not more than twenty (20) years, a fine not to exceed $250,000, or twice the pecuniary loss to the victim or gain to the defendant, or both imprisonment and a fine, and a term of supervised release of not more than three (3) years.

Special Assessment:  $100.00

Indictment – Page 6